# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angelica T. Damiano, | No. CV-17-04204-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Indian Trade Center Incorporated, | |
| Defendant. | |

Having reviewed the Stipulation of Dismissal with Prejudice (Doc. 15), and good cause shown,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed in its entirety *with prejudice* – including as to the claims alleged against MHA Enterprises, Inc. in a proposed Amended Verified Complaint [Doc. 11-2] – with each side to bear its own attorneys' fees and costs.

Dated this 12th day of February, 2018.

_____
Honorable G. Murray Snow
United States District Judge